No. 972, October Term, 1956. McBRIDE *v.* TOLEDO TERMINAL RAILROAD Co., 354 U. S. 517. The motion to recall and clarify the mandate is denied. *C. Richard Grieser* for movant-petitioner. *Robert B. Gosline,* for respondent, opposed the motion.

No. 94. BONETTI *v.* BROWNELL, ATTORNEY GENERAL, ET AL. Certiorari, 355 U. S. 901, to the United States Court of Appeals for the District of Columbia Circuit; and

No. 348. SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. Certiorari, 355 U. S. 812, to the United States Court of Appeals for the District of Columbia Circuit. The motions to substitute William P. Rogers, Attorney General of the United States, as parties respondent in the place and stead of Herbert Brownell, Jr., resigned, are granted.

No. 350. PALERMO *v.* LUCKENBACH STEAMSHIP Co., INC. The motion of respondent to recall and amend the judgment of this Court in this case is granted. It is ordered that the certified copy of the judgment sent to the District Court be recalled and that the order entered in this case on October 21, 1957 [355 U. S. 20], is amended to provide for a remand of the case to the United States Court of Appeals for the Second Circuit.

No. 442. STINSON, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD Co., *ante,* p. 62. Rehearing denied. Motion of petitioner for modification of judgment also denied. *Joseph S. Lord, III* for petitioner. *Peyton D. Bibb* and *Norman C. Shepard* for respondent.